# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN J. KLUSON & GRACE A. KLUSON  Case Number: 03-76197
P.O. BOX 71
POPLAR GROVE, IL 61065  SSN-xxx-xx-9655 & xxx-xx-5224

Case filed on: 12/2/2003
Plan Confirmed on: 3/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $58,303.59      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN J. KLUSON | 0.00 | 0.00 | 53.39 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 53.39 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 10,000.00 | 10,000.00 | 10,000.00 | 533.90 |
| 002 | POPLAR GROVE STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO FINANCIAL NATIONAL | 700.00 | 700.00 | 700.00 | 37.37 |
|  | Total Secured | 10,700.00 | 10,700.00 | 10,700.00 | 571.27 |
| 001 | FORD MOTOR CREDIT CORP | 6,937.04 | 6,937.04 | 6,937.04 | 0.00 |
| 003 | CREDITORS BANKRUPTCY SERVICE | 718.58 | 718.58 | 718.58 | 0.00 |
| 004 | WELLS FARGO FINANCIAL NATIONAL | 437.63 | 437.63 | 437.63 | 0.00 |
| 005 | BLACKHAWK STATE BANK | 1,014.98 | 1,014.98 | 1,014.98 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 2,977.37 | 2,977.37 | 2,977.37 | 0.00 |
| 007 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 24,638.40 | 24,638.40 | 24,638.40 | 0.00 |
| 009 | POPLAR GROVE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | WELLS FARGO FINANCIAL | 4,814.70 | 4,814.70 | 4,814.70 | 0.00 |
| 011 | ZACHARY A. KLUSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ZACHARY A. KLUSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 41,538.70 | 41,538.70 | 41,538.70 | 0.00 |
|  | Grand Total: | 53,602.70 | 53,602.70 | 53,656.09 | 571.27 |

Total Paid Claimant:    $54,227.36
Trustee Allowance:      $4,076.23
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan